# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

143820

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ALGER RUSSELL GARDNER, JR.,
    Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143820
COA: 305413
Ingham CC: 10-000466-FH

_____/

      On order of the Court, the application for leave to appeal the September 7, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

_____

Clerk

y0227